650

No. 976. CHANNELL, EXECUTRIX, *v.* SAMPSON. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Edward R. Hale* for petitioner. *Mr. James T. Connolly* for respondent.

No. 980. SAMUEL E. DIESCHER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 981. AUGUST P. DIESCHER ET UX. *v.* SAME. June 3, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. S. Leo Ruslander* and *Samuel Kaufman* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent. Reported below: 110 F. 2d 90.

No. 986. PORTLAND OIL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Malcolm Donald* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Berryman Green* for respondent.

No. 1002. PENDER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Richard B. Barker* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Maurice J. Mahoney,* and *Richard H. Demuth* for respondent.